UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80008-CIV-MARRA

REDOAK COMMUNICATIONS, INC.,
f/k/a REDOAK GROUP, INC., a Florida
corporation,

Plaintiff,

vs.

WILLIAM OLSEN, d/b/a RED DVD,
deceased; Personal Representative of the Estate
of William N. Olson, et. al.,

Defendants.

_____/

## **JUDGMENT**

Based on the separately entered Order awarding statutory damages to Plaintiff and

against Defendant Ronin Entertainment, Judgment is entered against Defendant Ronin

Entertainment and in favor of Plaintiff in the amount of $67,784.00.  Judgment shall bear interest

at the rate of 4.77% per annum from the date of this judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 18th day of January, 2024.

KENNETH A. MARRA
United States District Judge