UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:23-cv-80008-KAM

Redoak Communications, Inc., a Florida corporation

    Plaintiff,

v.

Administrator of the Estate of William N. Olsen; Bethany Vota, Personal Representative of the Estate of Walter Y. Olsen; AMC Networks, Inc., a Delaware corporation; IFC Entertainment Holdings LLC, a Delaware limited liability company; Digital Store, LLC, a Delaware limited liability company; All Channel Works, Inc., a California corporation; David DeFalco d/b/a Dark Force Entertainment; Frolic Pictures LLC, a California limited liability company; Jared L. Masters; and DOES 1 thru 10, inclusive,

    Defendants.

## ORDER GRANTING MOTION TO AMEND/CORRECT CASE CAPTION AS TO ALL CHANNEL WORKS, INC.

This cause having come to be heard on the Motion of the Plaintiff, Redoak Communications, Inc. ("Plaintiff") to Amend/Correct case caption as to All Channel Works, Inc., [DE 258] due notice having been given and the Court being fully advised, IT IS HEREBY ORDERED:

1. The Motion [DE 258] is granted. The true and proper name of Defendant, All Channel Works, Inc., a California Corporation is All Channel Films, Inc. The case caption and the clerk's docket shall be corrected to reflect the true name of Defendant as All Channel Films, Inc.as noted above.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 12th day of September, 2024.

KENNETH A. MARRA
United States District Judge

Copies furnished to: All Counsel of Record